UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,

-against-

SPECIALTY INSURANCE AGENCY, INC. a/k/a
SPECIALTY INSURANCE AGENCY,

                Defendant.
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2023_

23 Civ. 2174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 16, 2023, the Court ordered the parties to submit a joint letter and a proposed case management plan by May 15, 2023. ECF No. 8. Those submissions are overdue. Accordingly, by **May 30, 2023**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge