UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,

-against-

SPECIALTY INSURANCE AGENCY, INC. a/k/a
SPECIALTY INSURANCE AGENCY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2023_

23 Civ. 2174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated May 15 and 20, 2023. ECF Nos. 17–18. Accordingly:

1. Defendant's request to file a motion to compel arbitration is GRANTED;
2. By **July 26, 2023**, Defendant shall file its motion to compel arbitration;
3. By **August 16, 2023**, Plaintiff shall file its opposition papers; and
4. By **August 30, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge