USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STARR INDEMNITY & LIABILITY COMPANY,

:
:
:

Plaintiff,

Case No. 23-cv-2174 (AT)

-against-

SPECIALTY INSURANCE AGENCY, INC. a/k/a
SPECIALTY INSURANCE AGENCY,

Defendant.

## RULE 502(d) ORDER

1. The production of privileged or work-product documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

3. The provisions of Rule 502(b) do not apply.

SO STIPULATED AND AGREED.

SO ORDERED.

Dated: July 19, 2023
     New York, New York

_____
**ANALISA TORRES**
**United States District Judge**