```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
STARR INDEMNITY & LIABILITY COMPANY,

            Plaintiff,

-against-

SPECIALTY INSURANCE AGENCY, INC. a/k/a
SPECIALTY INSURANCE AGENCY,

            Defendant.

23 Civ. 2174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for October 17, 2023, is ADJOURNED to **November 28, 2023**, at **10:20 a.m.**

SO ORDERED.

Dated: September 14, 2023
      New York, New York

                                      ANALISA TORRES
                              United States District Judge